RECEIVED
BY MAIL

APR 12 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Curtis L. Northington Jr ⎞
                         ⎞
_____  ⎞
                         ⎞
_____  ⎞
(Enter above the full name of the Plaintiff[s] ⎞
in this action.)         ⎞
                         ⎞
                         ⎞
        - vs -           ⎞
                         ⎞   Case No. _____
St. Louis County Government ⎞   (To be assigned by Clerk
                         ⎞       of District Court)
_____  ⎞
                         ⎞
_____  ⎞
                         ⎞
_____  ⎞
(Enter above the full name of **ALL** Defend- ⎞
ant[s] in this action. Fed. R. Civ. P. 10(a) ⎞
requires that the caption of the complaint ⎞
include the names of **all** the parties. Merely ⎞
listing one party and "et al." is insufficient. ⎞
Please attach additional sheets if necessary. ⎞

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

A Legal Contract Exist Between the County Government and the Plantiff with a Face-Value of Twenty-Five Thousand Dollars.

II. Plaintiff, Curtis L. Northington, JR resides at

4337 Maryland Ave , St. Louis , _____ ,
street address                city            county

Missouri , 63108 , 531-1441 .
state      zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

_____

_____.

III. Defendant, St. Louis County Gov. lives at, or its business is located at

_____ , Clayton , St Louis ,
street address                city            county

Missouri , 63105 .
state      zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

_____.

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

THE COUNTY GOVERNMENT REGISTERED A CONTRACT TO THE PLANTIFF AND WAS REGISTERED AS M-E99 FOR THE SUM OF THREE-DOLLARS IT HAS BEEN 15 YEARS OF REGISTRATION AND THE COUNTY DOES NOT WANT TO MAKE PAYMENT OF THE CONTRACT. THE MISSOURI TRESURY DOES NOT WANT TO MAKE PAYMENT THE PLANTIFF AND CONTRACT ARE SEEKING $25,000.00 THE FACE-VALUE OF THE CONTRACT. MISSOURI IS A CONTRACT LAW STATE AND WITH THIS NON-PAYMENT OF CONTRACT THE COUNTY IS UPSETTING THE BALANCE OF POLITICS IN THE STATE.

V. Relief: State briefly and exactly what you want the Court to do for you.

I WOULD LIKE THE COURT HONOR THE CONTRACT CONTRACT LAW SPECIFIES THAT A CONTRACT REGISTERED IN THE STATE OF MISSOURI BE HONORED NO LATER THAN 10 YEARS OF REGISTERATION. THE COUNTY GOVERNMENT IS LIVING BY THE CONTRACT EVEN TODAY.

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]          NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

THE FACE-VALUE OF THE CONTRACT IS $25,000.00

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]          NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of April, 20 10

_____
Signature of Plaintiff(s)

4