UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CURTIS L. NORTHINGTON JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV617 HEA |
| ST. LOUIS COUNTY GOVERNMENT, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on plaintiff's submission of a civil complaint. Plaintiff has neither paid the statutory filing fee nor filed a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the filing fee or submit a motion to proceed in forma pauperis and financial affidavit within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the statutory filing fee of $350, or to submit a completed form "Motion to Proceed In Forma Pauperis and Financial Affidavit."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice

Dated this 23rd day of April, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE