UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS L. NORTHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV617 HEA |
| | ) | |
| ST. LOUIS COUNTY GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Rule 12(h)(3) of the Federal Rules of Civil Procedure states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

Plaintiff brings this action for breach of contract against the St. Louis County Government. Plaintiff alleges that he entered into a contract with defendant for three dollars fifteen years ago. Plaintiff says that the face value of the contract today is $25,000. Plaintiff seeks money damages in the amount of $25,000.

The Court lacks jurisdiction over this matter because diversity jurisdiction does not exist and the case involves no federal question. As a result, the Court will dismiss this matter pursuant to Rule 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** for lack of jurisdiction.

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 3rd day of May, 2010.

                    HENRY EDWARD AUTREY
                 UNITED STATES DISTRICT JUDGE